# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| ROBERT KINCHELOE, et al.,<br>Plaintiffs,<br>v.<br>AMERICAN AIRLINES, INC.,<br>Defendant. | Case No. 21-cv-00515-BLF<br><br>**ORDER TERMINATING MOTION TO DISMISS AS MOOT; AND VACATING HEARING**<br><br>[Re: ECF 29] |

The Motion to Dismiss filed by Defendant American Airlines, Inc. and set for hearing on September 9, 2021 is hereby TERMINATED AS MOOT in light of the filing of the first amended complaint. *See* Fed. R. Civ. P. 15(a)(1)(B). The hearing is VACATED.

**IT IS SO ORDERED.**

Dated: March 30, 2021

_____
BETH LABSON FREEMAN
United States District Judge