# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| ROBERT KINCHELOE, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN AIRLINES, INC.,<br><br>Defendant. | Case No. 21-cv-00515-BLF<br><br>**JUDGMENT** |

Plaintiffs' Second Amended Complaint having been dismissed without leave to amend and the action having been dismissed with prejudice,

It is hereby ordered and adjudged that Plaintiffs take nothing by this action and that Judgment is entered for Defendant and against Plaintiffs.

Dated: May 4, 2022

_____
BETH LABSON FREEMAN
United States District Judge